CR 01-117 DWF/RLE
USA v.
Blahowski

## CERTIFICATE OF SERVICE

I, Daniel Joseph Blahowski, do hereby swear, that on this 8th day of November, 2004, I served one copy of Petitioner's Reply to Government's Response, on opposing counsel, by depositing same in the U.S. Mail, in a postage-paid envelope, addressed to:

Thomas B. Heffelfinger
United States Attorney
708 Federal Building
316 N. Robert St.
St. Paul, MN 55101

Dated: November 8, 2004

Respectfully Submitted,

Daniel Blahowski

Daniel Joseph Blahowski
Reg. No. 09864-041
FCI Milan
P.O. Box 1000
Milan, MI 48160