In The
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Criminal No.01-117(01)(DWF/RLE)
Civil No. 04-4015 (DWF)

RECEIVED
BY MAIL
APR 07 2005
CLERK, US DIST. COURT
ST. PAUL, MN

| | | |
|---|---|---|
| DANIEL JOSEPH BLAHOWSKI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | NOTICE OF APPEAL |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, Daniel J. Blahowski, proceeding on his own behalf having been denied the services of a lawyer, hereby gives notice that he appeals to the United States Court of Appeals for the Eighth Circuit the order entered on February 17, 2005, denying his petition for a writ of habeas corpus pursuant to 28 U.S.C. §2255.

Dated:
April the 2nd
2005

Respectfully submitted,

Daniel J Blahowski

Daniel J. Blahowski

SCANNED
APR 07 2005
U.S. DISTRICT COURT ST. PAUL