**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Respondent-Plaintiff,

v.

Daniel Joseph Blahowski,

Petitioner-Defendant.

Criminal No. 01-117(1) (DWF/RLE)
Civil No. 04-4015 (DWF)

**ORDER**

---

Joseph T. Dixon, III, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent-Plaintiff.

Daniel Joseph Blahowski, *Pro Se*, #09864-041, Petitioner-Defendant.

---

This matter is before the Court upon Petitioner-Defendant Daniel Joseph Blahowski's motion and request for a Certificate of Appealability ("COA") to allow appeal of this Court's denial of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Pursuant to the Antiterrorism and Effective Death Penalty Act of 1996, a defendant's appeal of a denial of habeas corpus relief may not proceed unless a district or circuit judge issues a COA. *See* 28 U.S.C. § 2253(c)(1)(B); Fed. R. App. P. 22(b).

In order for a COA to issue, a movant must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Barefoot v. Estelle*, 463 U.S. 880, 892 n.4 (1983) (citing *Gordon v. Willis*, 516 F. Supp. 911, 913 (N.D. Ga. 1980)). Defendant need not show that he should prevail on the merits, but rather that the issues are "debatable among jurists of reason" and that a

court could resolve the issues differently. *Barefoot*, 463 U.S. at 893 n.4. If a court grants a COA, it must indicate which specific issue or issues satisfy the requisite showing. *See* 28 U.S.C. § 2253(c)(3); *see also Tiedeman v. Benson*, 122 F.3d 518, 522 (8th Cir. 1997).

The Court concludes that no issue raised by the Petitioner-Defendant is "debatable among reasonable jurors." *Flieger v. Delo*, 16 F.3d 878, 882-83 (8th Cir. 1994) (citing *Lozado v. Deeds*, 498 U.S. 430, 432 (1991) *per curiam*). Petitioner-Defendant has not, therefore, made the "substantial showing of the denial of a constitutional right" necessary for issuance of the COA. 28 U.S.C. § 2253(c)(2).

Accordingly, based upon the files, records, and proceedings herein, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. No Certificate of Appealability will be issued in this matter.

Dated: May 26, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court