# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-2690

| | | |
|---|---|---|
| Daniel Joseph Blahowski, | * | |
| Appellant, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| United States of America, | * | CR 01-117 DWF/RLE |
| Appellee. | * | |

Before WOLLMAN, FAGG, and SMITH, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

August 17, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
OCT 24 2005
U.S. DISTRICT COURT ST. PAUL